UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| JACQUELINE SYRSTAD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-CV-2088 |
| NECA-IBEW WELFARE TRUST FUND, | ) |
| Defendant. | ) |

**ORDER**

A Report and Recommendation (#40) was filed by Magistrate Judge Eric I. Long in the above cause on August 21, 2024. On September 4, 2024, Plaintiffs filed their Objections to Report and Recommendation (#41), to which Defendant filed a Response (#42) on September 18, 2024. Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiffs' Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#40). This court agrees that Defendant's Motion to Dismiss (#29) should be GRANTED in part and DENIED in part. It should be granted as to: (1) Plaintiffs' claim for failing to provide the necessary explanation for Defendant's benefit determination within Count I; (2) Plaintiffs' claim for failure to provide methodology in violation of 29 U.S.C. § 1022 and 29 C.F.R. § 2520.102-3(j) within Count II; and (3) Plaintiffs' claim for breach of fiduciary duty within Count II. It should be denied in all other respects.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#40) is accepted by this court.

(2) Defendant's Motion to Dismiss (#29) is GRANTED in part and DENIED in part, as described above.

(3) The clerk is directed to reopen this case. This matter is referred to the magistrate judge

for further proceedings in accordance with this Order.

ENTERED this 3rd day of October, 2024.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE